

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00562-CV

Brett **WALLS** and DaNesha McCray,
Appellants

v.

**HARDY OAK APARTMENTS, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV05387
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: January 22, 2025

DISMISSED FOR WANT OF PROSECUTION

The appellants' brief was due on October 31, 2024. Neither the brief nor a motion for extension of time has been filed. We therefore ordered appellants to file, on or before December 16, 2024, their appellants' brief and a written response reasonably explaining (1) their failure to timely file the brief and (2) why appellee was not significantly injured by appellants' failure to timely file a brief. We warned that if appellants failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R.

APP. P. 38.8(a), 42.3(b).  To date, appellants have not responded to our order.  Therefore, we dismiss this appeal for want of prosecution.


PER CURIAM